UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Robyn Andrade</u>

    v.                        Civil No. 06-cv-210-PB

<u>Target Corporation</u>


<u>ORDER</u>

Re: Document No. 5, Motion to Remand to State Court

Ruling: Defendant has failed to demonstrate that the amount in controversy exceeds the jurisdictional threshold.  In making this determination, I have relied on the plaintiff's stipulation as well as all other evidence in the record.  The case shall be remanded to superior court.  Each party shall initially bear their own fees and expenses incurred in litigating the remand question subject to the power of the presiding court to reallocate fees and expenses in a final judgment.


                                                     /s/ Paul Barbadoro
                                                     Paul Barbadoro
                                                     U.S. District Judge

Date:  September 1, 2006

cc:  Nancy Richards-Stower, Esq.
     Jeffrey Scott Brody, Esq.
     Joan Ackerstein, Esq.